Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–25587–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Travis D. Kirsch
   2817 Polk Ave.
   Camden, NJ 08105

Social Security No.:
   xxx–xx–8009

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                September 17, 2021
Time:                  09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*43* – Response to (related document:42 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/30/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Robert Manchel on behalf of Travis D. Kirsch. (Manchel, Robert) Modified on 8/26/2021 – RESPONSE SIGNED, BUT NOT DATED. (jpl).

and transact such other business as may properly come before the meeting.


Dated: August 26, 2021
JAN: jpl

                                                                Jeanne Naughton
                                                                Clerk