Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–25587–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Travis D. Kirsch
   2817 Polk Ave.
   Camden, NJ 08105

Social Security No.:
   xxx–xx–8009

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 5, 2022
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*54* – Response to (related document:53 Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 2817 Polk Avenue, Camden, NJ 08105. Fee Amount $ 188. filed by Creditor QUICKEN LOANS INC., 36 Response filed by Debtor Travis D. Kirsch, 38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Objection deadline is 03/11/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.) filed by Robert Manchel on behalf of Travis D. Kirsch. (Manchel, Robert)

and transact such other business as may properly come before the meeting.


Dated: March 9, 2022
JAN: jpl

                                                            Jeanne Naughton
                                                            Clerk