UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

In Re:

Travis D. Kirsch,

Debtor.

Case No.:      19-25587-ABA

Chapter:            13

Hearing Date:      7/15/2020

Judge:            Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 53)

_____

Date: 3/31/2022                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*