UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Order Filed on April 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Travis D. Kirsch,

Debtor.

Case No.: 19-25587 ABA

Adv. No.:

Hearing Date: 04/05/2022 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through three (2) is hereby **ORDERED.**

**DATED: April 14, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Travis D. Kirsch
Case No: 19-25587 ABA
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 2817 Polk Avenue, Camden, NJ 08105, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert Manchel, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 31, 2022 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2021 through March 2022 for a total post-petition default of $6,057.05 (8 @ $799.93, 1 AO @ $120.16, 1 AO $120.19, less suspense $582.74); and

It is **ORDERED, ADJUDGED and DECREED** the debtor is to make an immediate payment of $4,000.00; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,057.05 will be paid by Debtor remitting $342.84 for per month for five months and $342.85 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2022 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2022, directly to Secured Creditor's servicer, Quicken Loan Inc. 635 Woodward Ave. Detroit, MI 48226 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor: Travis D. Kirsch
Case No: 19-25587 ABA
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice, which is to be paid through Debtors' Chapter 13 plan; and

It is **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's Certification of Default is hereby resolved.