Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-25587 (ABA)

Travis D. Kirsch  
2817 Polk Ave.  
Camden, NJ  08105

Monthly Payment: $1,016.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/07/2022 | $2,500.00 | 05/19/2022 | $1,200.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRAVIS D. KIRSCH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $800.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | BRIDGECREST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,304.78 | $0.00 | $4,304.78 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $2,452.23 | $0.00 | $2,452.23 | $0.00 |
| 4 | FINANCIAL RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GLOBAL PAYMENTS CHECK SERVICES | 33 | $80.00 | $0.00 | $80.00 | $0.00 |
| 6 | GLOBAL PYMT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | I.C. SYSTEM, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $20,057.74 | $337.73 | $19,720.01 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $1,065.54 | $0.00 | $1,065.54 | $0.00 |
| 10 | MIDLAND FUNDING, LLC | 33 | $844.40 | $0.00 | $844.40 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $296.05 | $0.00 | $296.05 | $0.00 |
| 12 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 33 | $9,639.76 | $0.00 | $9,639.76 | $0.00 |
| 14 | ROCKET MORTGAGE, LLC | 24 | $12,221.20 | $12,221.20 | $0.00 | $6,721.26 |
| 15 | SELIP & STYLIANOU, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY | 28 | $4,787.94 | $80.61 | $4,707.33 | $0.00 |
| 18 | SYNCB/SAM ASH MUSIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK, N.A. | 33 | $7,849.41 | $0.00 | $7,849.41 | $0.00 |
| 20 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Robert Manchel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | STATE OF NEW JERSEY | 33 | $144.06 | $0.00 | $144.06 | $0.00 |
| 24 | CARVANA, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 26 | ROCKET MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2019 | 31.00 | $0.00 |
| 04/01/2022 | Paid to Date | $19,635.00 |
| 05/01/2022 | 28.00 | $1,016.00 |
| 09/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,700.00 |
| Total paid to creditors this period: | $8,459.26 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $6,928.00 |
| Attorney: | ROBERT MANCHEL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**