Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−25587−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Travis D. Kirsch
   2817 Polk Ave.
   Camden, NJ 08105

Social Security No.:
   xxx−xx−8009

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/31/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 31, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 19-25587-ABA
Travis D. Kirsch                                                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                           Page 1 of 3
Date Rcvd: Jan 31, 2023                    Form ID: 148                                         Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Travis D. Kirsch, 2817 Polk Ave., Camden, NJ 08105-4019 |
| 518403732 | | Global Payments Check, Po Box 61158, Chicago, IL 60666 |
| 518403733 | | Global Pymt, Po Box 61158, Chicago, IL 60666 |
| 518403739 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 518403738 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518403742 | | Selip & Stylianou, LLP, 10 Forest Ave., Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518403743 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |
| 518475146 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518403744 | + | State of New Jersey Div. of Taxation, Division of Taxation Compliance Activity, Trenton, NJ 08646-0001 |
| 518529853 | + | TD Bank, c/o Janelly Landa Esq., 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518403728 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 31 2023 20:48:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 518403729 | + | EDI: CAPITALONE.COM | Feb 01 2023 01:44:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518515693 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 31 2023 20:48:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 518403730 | + | EDI: CITICORP.COM | Feb 01 2023 01:44:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518403731 | ^ | MEBN | Jan 31 2023 20:43:46 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518449845 | | Email/Text: Check.bksupport@globalpay.com | Jan 31 2023 20:47:00 | Global Payments Check Services, PO Box 661158, Chicago, IL 60666 |
| 518463591 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2023 20:48:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518403734 | + | EDI: LCIICSYSTEM | Feb 01 2023 01:44:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518403735 | | EDI: IRS.COM | Feb 01 2023 01:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 19-25587-ABA    Doc 74    Filed 02/02/23    Entered 02/03/23 00:14:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: 148 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518403736 | | EDI: JPMORGANCHASE | Feb 01 2023 01:44:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518452402 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 31 2023 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518461808 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2023 20:51:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518506792 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2023 20:48:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 518403737 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2023 20:48:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 518512428 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2023 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518403740 | | Email/Text: signed.order@pfwattorneys.com | Jan 31 2023 20:48:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518489712 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 31 2023 20:48:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518403741 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 31 2023 20:48:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518403745 | + | EDI: RMSC.COM | Feb 01 2023 01:44:00 | Syncb/sam Ash Music, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518405599 | + | EDI: RMSC.COM | Feb 01 2023 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518403746 | | EDI: TDBANKNORTH.COM | Feb 01 2023 01:44:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 518508937 | + | EDI: AIS.COM | Feb 01 2023 01:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518515599 | ##+ | TD Bank, N.A., c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road Suite 109, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bridgecrest Credit Company LLC dmcdonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert Manchel | on behalf of Debtor Travis D. Kirsch manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8